UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHENZHEN ZONGHENG DOMAIN NETWORK CO., LTD.,<br><br>        Petitioner,<br><br>  -against-<br><br>AMAZON.COM SERVICES LLC,<br><br>        Respondent. | 23-cv-03334 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  On April 25, 2023, the Court scheduled an initial conference for July 26, 2023 at 10:30AM. ECF No. 5. In that order the parties were directed to file materials for the initial pre-trial conference one week before the conference. *Id.* On July 24, 2023, Petitioner's counsel asked for an adjournment of this conference less than two business days before the conference was to be held, in violation of the Court's Individual Rules. ECF No. 20.

  The parties were ordered to file materials a week before the July 26, 2023 conference, but failed to do so. *See* ECF No. 5. The Court reminded the parties to file their pre-conference submissions on July 20, 2023. ECF No. 19. Respondent filed a letter on July 24, 2023. ECF No. 21. Petitioner did not participate in this letter and has now violated two court orders.

  In light of the failure to comply with the Court's rules and the need to discuss the future of this case, the Court will not adjourn the July 26, 2023 conference. As a courtesy, the Court will hold the conference by video and Plaintiff may suggest alternative conference times between 10AM and 5PM EST on July 26, 2023 in light of her present location in Asia. The parties shall provide contact information as described in the Court's Individual Rules. The public listen-only line may be accessed by dialing Toll-Free Number: 877-336-1831 and using the Access Code: 5583342.

Dated: July 25, 2023
   New York, New York

                 SO ORDERED.

                 *Jennifer Rochon*
                 JENNIFER L. ROCHON
                 United States District Judge