UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHENZHEN ZONGHENG DOMAIN NETWORK CO., LTD.,<br><br>         Petitioner,<br><br>    -against-<br><br>AMAZON.COM SERVICES LLC,<br><br>         Respondent. | 23-cv-03334 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  On July 26, 2023, the Court held a conference in this matter. The conference had been scheduled since April 25, 2023 (ECF No. 5) and on July 20, 2023, the Court moved the time of the conference to 12:45 PM on July 26, 2023. ECF No. 19. On July 24, 2023, Petitioner's counsel asked for an adjournment of the conference until September because she was traveling, less than two business days before the conference was to be held, in violation of the Court's Individual Rules. ECF No. 20. On July 25, 2023, the Court denied the request to adjourn the conference, but as an accommodation, converted the conference to a video proceeding and allowed Petitioner's counsel to suggest alternative conference times due to her present location in Asia. ECF No. 22. Petitioner's counsel did not submit any alternative times, nor advise the Court that she was not available. Respondent timely appeared for the video conference on July 26, 2023. Petitioner's counsel did not appear at the conference, nor contacted Chambers to explain her absence.

  Failure to appear at this conference is part of a pattern of Petitioner's failure to follow this Court's orders. Previously, Petitioner's reply brief in support of its motion to remand was filed late. ECF No. 17. Petitioner did not file a joint status letter prior to the Court conference as directed. *See* ECF Nos. 5, 22. The Court then gave Petitioner a second chance to file a joint status letter and Petitioner still did not participate. ECF No. 21. Then, Petitioner untimely

requested an adjournment to the July 26, 2023 Conference.  *See* ECF Nos. 20, 22.  Petitioner is advised that it must adhere to the Court's orders and directives.

Respondent represented that Petitioner had communicated with him a few days before today's conference regarding a proposed schedule.  Based on Respondent's representations of Petitioner's requested schedule, on the record during the July 26, 2023 Conference, the Court set the following briefing schedule: Petitioner shall move to amend the petition and vacate the arbitration award by **August 16, 2023**; Respondent shall file any opposition or cross motion to confirm by **September 8, 2023**; Petitioner shall file any reply by **September 15, 2023**; and Respondent shall file any reply by **September 22, 2023**.

Dated: July 26, 2023
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge