**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SHENZHEN ZONGHENG DOMAIN NETWORK
 CO., LTD.,

|  |  |
|---|---|
| Petitioner, | 23 **CIVIL** 3334 (JLR) |
| -against- | **JUDGMENT** |

AMAZON.COM SERVICES LLC and
AMAZON.COM, INC.,

Respondents.
-----------------------------------------------------------------X


It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated November 7, 2023, Petitioner's motion to vacate the

January 23, 2023 arbitration award is DENIED and Amazon's cross-motion to confirm the

arbitration award is GRANTED. Accordingly, the case is closed.


**Dated**: New York, New York
        November 7, 2023


                                        **RUBY J. KRAJICK**
                                        **Clerk of Court**

                        **BY:**    _____
                                        **Deputy Clerk**